FILED
DEC 13 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | **S E A L E D** |
| Plaintiff, | § | |
| | § | CRIMINAL NO. EP-19- m-09928-ATB |
| v. | § | |
| **Carl Monroe Gordon,** | § | |
| Defendant. | § | |

## Government's Motion to Seal
## Criminal Complaint and Related Documents

The United States of America hereby moves this Court to seal the Criminal Complaint and related documents in this case, and in support thereof, states as follows:

1. On or about December 13, 2019, a Criminal Complaint and affidavit in support were filed charging the above-named defendant in the above-captioned cause. Related to these proceedings, the Court issued a warrant for the Defendant's arrest and the Government filed a motion to detain without bond pending the final disposition of the case.

2. The Defendant is unaware of the charges pending against him. The premature disclosure of the existence of the Criminal Complaint and related documents would jeopardize the ability of law enforcement officers to locate the Defendant and apprehend him without incident.

3. The Government therefore seeks an Order of the Court placing the Criminal Complaint and related documents concerning the above named Defendant in the above numbered cause under seal, until further order of the Court. The Government requests that the Order of the Court allow for the disclosure of the existence of the arrest warrant to federal and other law enforcement agencies to the extent necessary to locate and apprehend the defendant to include entering the appropriate information into any law enforcement databases. **When**

**the Defendant is arrested, the Criminal Complaint and related documents will be unsealed.**

For the foregoing reasons, the United States respectfully requests that the Court issue an Order sealing this motion as well as the Criminal Complaint, affidavit, arrest warrant, and motion to detain in the above-captioned case.

        Respectfully submitted,

        JOHN F. BASH
        UNITED STATES ATTORNEY

By: _____
        MICHELLE A. WINTERS
        Assistant U.S. Attorney
        New York Registration #5327473
        700 E. San Antonio, Suite 200
        El Paso, Texas 79901
        (915) 534-6884