IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
DEC 13 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | **SEALED** |
| Plaintiff, | § | |
| | § | CRIMINAL NO. EP-19-*m-09928-ATB* |
| v. | § | |
| Carl Monroe Gordon, | § | |
| Defendant. | § | |

**Government's Motion to Detain Defendant
Without Bond and Motion for Continuance**

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendant Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1. The Defendant has been charged by Criminal Complaint with a violation of Title 18, United States Code, Section 2243(a), in the special maritime and territorial jurisdiction of the United States, Fort Bliss, Texas, defendant knowingly engaged and attempted to engage in a sexual act with another person who had attained the age of twelve years but had not attained the age of sixteen years.

2. There is a presumption that no condition or combination of conditions will reasonably assure the safety of the community in a case involving a minor victim.

3. There are no conditions or combination of conditions which will reasonably assure the safety of the community should the Defendant be released on bond.

The Government would further move the Court for a three day continuance of the detention hearing from the date of the initial appearance.

WHEREFORE, premises considered, the Government respectfully prays the Court to hold the above-named Defendant without bail pending the final outcome of this case.

Respectfully submitted,

JOHN F. BASH
UNITED STATES ATTORNEY

By: *(signature)*

MICHELLE A. WINTERS
Assistant U.S. Attorney
New York Registration #5327473
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884