AO 442 (Rev. 11/11) Arrest Warrant

SEALED
FILED

FILED

DEC 1 3 2019

# UNITED STATES DISTRICT COURT

## for the

### Western District of Texas

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| United States of America | ) | |
| v. | ) | |
| Carl Monroe Gordon | ) | Case No. EP: 19-M-09928-ATB |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer .

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Carl Monroe Gordon                                                              ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Carl Monroe Gordon, on or about July 2 through July 12, 2019, in the jurisdiction of the United States, namely Fort Bliss, Texas, in the special maritime and territorial jurisdiction of the United States, did knowingly engage in a sexual act with a person who has attained the age of 12 years but has not attained the age of 16 years.

Date:  12/13/19

_____
*Issuing officer's signature*

City and state:    El Paso, Texas

Anne T. Berton, U.S. Magistrate Judge
*Printed name and title*

A true copy of the original, I certify. Clerk, U.S. District Court By Deputy

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____    Executed by FBI _____ *Arresting officer's signature*  On December 23, 2019  In Atlanta, GA _____ *Printed name and title* |