

**United States Department of Justice**
United States Attorney's Office
Western District of Texas - El Paso Division

*700 E. San Antonio Ave, Suite 200*  *Phone: (915) 534-6884*
*El Paso, Texas 79901*  *Facsimile 915.534.6024*

January 9, 2020

United States District Clerk
Western District of Texas
525 Magoffin Avenue
El Paso, Texas 79901

      **RE:   U.S. v. CARL MONROE GORDON**
             **COURT NUMBER: 19-MJ-09928-ATB**

Dear Sir or Madam:

    This is to advise you that the undersigned Assistant United States Attorney is currently assigned to represent the United States in the above-entitled and numbered cause on all matters forthwith. Please change your records to accurately reflect this information.

    Thank you for your attention to this matter.

                                    Respectfully submitted,

                                    Respectfully submitted,

                                    JOHN F. BASH
                                    UNITED STATES ATTORNEY

By:    _____/s/_____
        MICHELLE A. WINTERS
        Assistant U.S. Attorney
        New York Registration #5327473
        700 E. San Antonio, Suite 200
        El Paso, Texas 79901
        (915) 534-6884