# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
|     Plaintiff, | § | |
| v. | § | CAUSE NO. EP-19-mj-09928-ATB-1 |
| | § | |
| CARL MONROE GORDON | § | |
|     Defendant. | § | |

## NOTICE OF APPEARANCE AND REPRESENTATION

TO THE HONORABLE JUDGE OF SAID COURT:

Brock M Benjamin, a licensed attorney in the State of Texas, enters this notice of representation of CARL MONROE GORDON, the Defendant in this cause, and all notices and motions may be served at the address listed below.

    Respectfully submitted,

*/s/ Brock Benjamin*
BROCK BENJAMIN
Attorney for Defendant
Tex. Bar No. 24048167
1600 N. Kansas
El Paso, Texas 79902
Tel: 915-412-5858
Fax: 915-503-2224
E-Mail: brock@brockmorganbenjamin.com

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on this the 14th day of January, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and service to all CM/ECF registrants:

Michelle Allaine Winters
U.S. Attorney's Office
700 E. San Antonio Ave.
El Paso, TX 79901
Email: michelle.winters@usdoj.gov

And all other recipients

                                                                s/ *Brock Benjamin*_____
                                                                BROCK BENJAMIN