# TRANSCRIPT ORDER

AO 435 (Rev. 03/08) (WDTX Mod. 6/5/08)
Administrative Office of the United States Courts

*Please Read Instructions:*

**FOR COURT USE ONLY**
DUE DATE:

| Field | Value |
|---|---|
| 1. NAME | Brock Benjamin |
| 2. PHONE NUMBER | (915) 412-5858 |
| 3. DATE | 1/16/2020 |
| 4. MAILING ADDRESS | 1600 N. Kansas |
| 5. CITY | El Paso |
| 6. STATE | Texas |
| 7. ZIP CODE | 79902 |
| 8. CASE NUMBER | EP-19-MJ-09928-ATB |
| 9. JUDGE | Hon. Anne T. Berton |
| 10. FROM | 1/15/2020 |
| 11. TO | 1/15/2020 |
| 12. CASE NAME | United States v. Carl Monroe Gordon |
| 13. CITY | El Paso |
| 14. STATE | Texas |

**15. ORDER FOR**
- [ ] APPEAL
- [x] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Preliminary & Detention Hearing | 01/15/2020 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE: *BB* (signed)
19. DATE: 1/16/2020

ESTIMATE TOTAL:
PROCESSED BY:
PHONE NUMBER:

TRANSCRIPT TO BE PREPARED BY:
COURT ADDRESS:

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

DEPOSIT PAID:
TOTAL CHARGES:
LESS DEPOSIT:
TOTAL REFUNDED:
TOTAL DUE:

DISTRIBUTION: COURT COPY  TRANSCRIPTION COPY  ORDER RECEIPT  ORDER COPY